IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00302-REB-CBS

LEROY BUHL,

        Plaintiff,

v.

BLAKE DAVIS,
C. DANIELS,
ANTHONY OSAGIE,
CHARLES SAMUELS, and
FEDERAL BUREAU OF PRISONS,

        Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Shaffer

        This matter comes before the court for service of the Amended Prisoner Complaint [Doc. 64] on the individual Defendants. Pursuant to the Order Referring Case dated May 14, 2014 [Doc. 19], this case was referred to the Magistrate Judge. On April 3, 2014, Mr. Buhl was granted permission, in part, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [*See* Doc. 10]. It is now

        ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendants Blake Davis, Charles Daniels, Anthony Osagie, and Charles Samuels. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint [Doc. 64] and summons upon Defendants Davis, Daniels, Osagie, and Samuels. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that, following service of process upon them, Defendants Davis, Daniels, Osagie, and Samuels shall respond to the Amended Prisoner Complaint [Doc. 64] in accordance with the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 1st day of December, 2015.

BY THE COURT:

s/Craig B. Shaffer_____
United States Magistrate Judge