**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 29, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

In re: LEROY BUHL,

Petitioner.

No. 15-1437
(D.C. No. 1:14-CV-00302-REB-CBS)
(D. Colo.)

_____

### ORDER
_____

Before **GORSUCH** and **MATHESON**, Circuit Judges.

_____

This matter is before the court following our receipt of petitioner's response to our order dated December 8, 2015. We have also reviewed the response submitted to the show cause order dated November 13, 2015.

Upon consideration, we conclude this matter is moot. As Mr. Buhl admits in the response received on December 28, the district court has ruled on the motions identified in the petition. Moreover, he notes he has had the eye surgery mentioned in his pleadings. While he urges the petition is not moot, that objection is based solely on his disagreement with the district court's rulings. That argument is unavailing, as mandamus may not be used as "a substitute for an appeal." *Weston v. Mann (In re Weston)*, 18 F.3d 860, 864 (10th Cir. 1994). Accordingly, the petition is dismissed.

In light of this dismissal, we need not reach the question whether the "three strikes" provision of 28 U.S.C. §1915(g) applies to this petition or whether Mr. Buhl has satisfied the imminent danger exception found in the statute.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk